```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                            1/24/25

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: _____V. Figueroa_____ DEPUTY
```

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DECLAN T. CONROY (Cal. Bar No. 350570)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
International Narcotics, Money Laundering,
 and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2872/0813
    Facsimile: (213) 894-6269
    E-mail:    declan.conroy@usdoj.gov
               daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-25-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO UNSEAL CASE |
| v. | |
| AARON GOMEZ, aka "Blanco," JONATHAN FERNANDO GONZALEZ, aka "Trigger," ANTHONY GONZALEZ, aka "Richie," JESSE PERALES, and aka "Cartoon," | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Declan T. Conroy and Daniel H. Weiner, hereby files this _ex parte_ application to unseal the case in the above-captioned case, except for the complaint.

This application is based upon the attached declaration of Daniel H. Weiner and the files and records in this case.

Dated: January 24, 2025				Respectfully submitted,

						JOSEPH T. MCNALLY
						Acting United States Attorney

						LINDSEY GREER DOTSON
						Assistant United States Attorney
						Chief, Criminal Division


						/s/ *Daniel H. Weiner*
						DECLAN T. CONROY
						DANIEL H. WEINER
						Assistant United States Attorneys

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA

**DECLARATION OF DANIEL H. WEINER**

I, DANIEL H. WEINER, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am assigned to represent the government in this case.  I make this declaration in support of the government's ex parte application to unseal the case and indictment, except for the complaint, in United States v. Gomez, et al., Case No. CR 2:25-25-FMO.

2.  On December 12, 2024, an under-seal complaint was filed charging defendants with violent crime in aid of racketeering, in violation of §§ 18 U.S.C. 1959(a), 2(a) (alleging attempted murder). See United States v. Gomez, et al., Case No. CR 2:24-mj-7371-AGR.

3.  On December 17, 2024, defendants AARON GOMEZ, JONATHAN FERNANDO GONZALEZ, and ANTHONY GONZALEZ made their initial appearance in this case on the complaint.

4.  On January 15, 2025, the grand jury returned a sealed indictment charging all defendants with violent crimes in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(2) (maiming) and § 1959(a)(3) (assault resulting in serious bodily injury).  Defendant GOMEZ is charged with an additional count of 18 U.S.C. § 1959(a)(5), alleging attempted murder.

5.  On or around January 20, 2024, defendant JESSE PERALES was arrested by local law enforcement in the Central District of California, and is expected to make his initial appearance on the indictment in this case after the resolution of his pending California state criminal matter and/or the state's acceptance of a writ of habeas corpus ad prosequendum.

6.   As all defendants have made their appearance in this district and/or are in custody, the facts and circumstances that initially warranted sealing the indictment and docket in this case are no longer in effect.  However, as explained in the government's application to seal the complaint, see United States v. Gomez, et al., Case No. CR 2:24-mj-7371-AGR (sealing app and order), public disclosure of the complaint could lead to serious adverse consequences, including witness safety and intimidation. Accordingly, the government respectfully requests that the complaint remain sealed, the docket made public, and the indictment be placed on the public docket.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on January 24, 2025.

/s/ *Daniel H. Weiner*
Daniel H. Weiner

---

[1] Should the Court deny the government's request to maintain the complaint under seal, the government respectfully requests that the Court provide the government with an opportunity to provide the Court with a redacted version of the complaint to be publicly filed before the entirety of the complaint is unsealed.

4